UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*King v. C.R. Bard, Inc., et al.*
Case No. 2:20-cv-3970

## ORDER

This matter is before the Court on Plaintiff's unopposed Motion to Substitute Party and Amend Complaint. (ECF No. 5.) Rule 25 provides that, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1). "A motion for substitution may be made by any party or by the decedent's successor or representative." *Id.*

On July 8, 2020, Plaintiff Timothy Lowell King was appointed as administrator of decedent Timothy Hunter King's estate and brought this action on the estate's behalf. (ECF No. 1.) Timothy Lowell King died on December 4, 2021. (ECF No. 5-2.) Devin King was then appointed administrator of Timothy Hunter King's estate. (*Id.*) Plaintiff now moves for the substitution of Devin King, as Administrator for the Estate of Timothy Hunter King, as the proper plaintiff. (ECF No. 5.) Plaintiff's Motion is **GRANTED**. The Clerk is directed to substitute Devin King, as Administrator for the Estate of Timothy Hunter King, as Plaintiff in place of Timothy Lowell King.

**IT IS SO ORDERED.**

2/7/2024
**DATE**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**